UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-124-D-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| KENNETH OMAR ROGER CHUNG, | ) | DOCKET ENTRY 120 |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Motion to Seal Docket Entry Number 120, filed on September 15, 2026, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Docket Entry Number 120, be sealed.

This 18 day of September, 2026.

J. Dever

THE HONORABLE JAMES C. DEVER III
United States District Judge