UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-00124-D-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S NOTICE OF FILING VICTIM IMPACT STATEMENT |
| | ) | |
| | ) | |
| | ) | |
| KENNETH OMAR ROGER CHUNG | ) | |
| a/k/a "Shaun, a/k/a "Skully" | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Notice of Filing a Victim Impact Statement in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney so that the Government may provide a copy to the defendants' attorney.

So ordered this 24 day of September, 2026.

J. Dever
James C. Dever III
United States District Judge